1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GARY ALLEN ABERNATHY,        ) NO. ED CV 12-2147-AG(E)
                                  )
12              Petitioner,       )
                                  )
13        v.                      )    ORDER ACCEPTING FINDINGS,
                                  )
14   PARAMO, WARDEN,              )    CONCLUSIONS AND RECOMMENDATIONS OF
                                  )
15              Respondent.       )    UNITED STATES MAGISTRATE JUDGE
                                  )
16   ─────────────────────────────)

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  The Court accepts

21   and adopts the Magistrate Judge's Report and Recommendation.

22

23        IT IS ORDERED that Judgment be entered denying and dismissing the

24   Petition without prejudice.

25   ///

26   ///

27   ///

28   ///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner.

4

5       LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7       DATED: January 23, 2013.

8

9                                _____

10                                 ANDREW J. GUILFORD
                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2