**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY ALLEN ABERNATHY, | ) | NO. ED CV 12-2147-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PARAMO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 23, 2013.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE